# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 10-00061-CJC(ANx) | Date | March 7, 2011 |
|---|---|---|---|
| Title | Jeremiah Johnson v. General Mills, Inc., et al | | |

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|

| Michelle Urie | Maria Dellaneve |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Timothy G. Blood | Brian C. Anderson |
| Thomas J. O'Reardon, II | Margaret A. Moeser |
| Cullin A. O'Brien | Anurag Gulati |

**Proceedings:**     PLAINTIFF'S MOTION FOR CLASS CERTIFICATION (fld 9/30/10)

        Motion hearing held.  Court confers with counsel.  Court hears oral argument and GRANTS Plaintiff's motion for class certification as to the UCL and CLRA claims for reasons stated on the record.  Plaintiff's counsel withdraws from consideration for class certification plaintiff's express warranty claim.  Court directs counsel for the plaintiff to prepare and submit a proposed order in opinion format within three weeks from today's date.  Counsel for the defendant has one week from the filed date of plaintiff's proposed order to submit any objections, oppositions or suggested edits.  Court directs the parties to meet and confer regarding class notice.

|  | 1 | : | 03 |
|---|---|---|---|
| Initials of Preparer | mu | | |