BLOOD HURST & O'REARDON LLP
TIMOTHY G. BLOOD (149343)
LESLIE E. HURST (178432)
THOMAS J. O'REARDON II (247952)
701 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
lhurst@bholaw.com
toreardon@bholaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
CULLIN A. O'BRIEN
STUART A. DAVIDSON
MARK J. DEARMAN
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
cobrien@rgrdlaw.com
sdavidson@rgrdlaw.com
mdearman@rgrdlaw.com

Rule 23(g) Appointed Counsel for Plaintiff and the Class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JEREMIAH JOHNSON, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL MILLS, INC., et al.,<br><br>Defendants. | No. SACV-10-00061-CJC(ANx)<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Date: Monday, March 11, 2013<br>Time: 1:30 p.m.<br>Courtroom: 9B<br>Judge: Hon. Cormac J. Carney |

1 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2     **PLEASE TAKE NOTICE** that on Monday, March 11, 2013, at 1:30 p.m. or as
3 soon thereafter as counsel may be heard, in Courtroom 9B, Ninth Floor, located at 411
4 West Fourth Street, Room 1053, Santa Ana, California 92701, plaintiff Jeremiah
5 Johnson will and hereby does move this Court for an order granting preliminary
6 approval of the Settlement reached by the parties.

7     This motion is unopposed by the defendants, brought pursuant to Fed. R. Civ.
8 P. 23(e) and is based on this Notice of Motion and Motion, the Memorandum of
9 Points and Authorities submitted herewith, the Declaration of Cullin Avram O'Brien,
10 the complete file and record in this action, the argument of counsel, and such other
11 and further evidence and argument as the Court may choose to entertain.

12 DATED: February 4, 2013     Respectfully submitted,

13     ROBBINS GELLER RUDMAN
      & DOWD LLP
14     CULLIN A. O'BRIEN
    STUART A. DAVIDSON
15     MARK J. DEARMAN

17         *s/ Cullin A. O'Brien*
    CULLIN A. O'BRIEN

19 120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
20 561/750-3364 (fax)
cobrien@rgrdlaw.com

22 BLOOD HURST & O'REARDON LLP
TIMOTHY G. BLOOD
LESLIE E. HURST
23 THOMAS J. O'REARDON II
701 B Street, Suite 1700
24 San Diego, CA  92101
Telephone:  619/338-1100
25 619/338-1101 (fax)
tblood@@bholaw.com
26 lhurst@bholaw.com
toreardon@bholaw.com

27
28 ***Rule 23(g) Appointed Counsel for Plaintiff and the Class***

- 1 -